UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **JEAN LOOK-KRISCHANO,** an individual,<br><br>Plaintiff,<br>vs.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** a foreign corporation, and<br>**STATE FARM FIRE AND CASUALTY COMPANY,** a foreign corporation<br><br>Defendants | No. 2:24-cv-01484 JCC<br><br>[PROPOSED] **STIPULATION AND ORDER GRANTING MOTION TO CONTINUE CASE SCHEDULE DEADLINES**<br><br>**NOTING DATE: MARCH 18, 2025** |

The parties jointly request the below modifications to the case schedule to allow additional time to file an amended complaint.

In Plaintiff's initial complaint, the issue of violations of the Insurance Fair Conduct Act were reserved. No IFCA Notice has been sent. Plaintiff has collected and submitted a request for payment under the policy and the parties are working towards a resolution of this matter. The parties have conferred and would like to extend only the deadline to Amend the Complaint and add Third Parties.

Having conferred, Plaintiff and Defendant agree there is good cause to continue the deadline to amend the complaint as it would be impossible to amend the complaint at this time

[PROPOSED] STIPULATION AND ORDER GRANTING MOTION TO
CONTINUE CASE SCHEDULE DEADLINES – 1
CAUSE NO. 2:23-CV-00676-JLR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1 and resolution of this case may be reached and therefore request relief from the court.

2     The Court having reviewed the parties' stipulated motion to continue select case schedule
3 deadlines finds there is good cause for the continuance. The Court will continue the deadline to
4 amend the complaint to August 15, 2025

6     IT IS SO ORDERED.

7     DATED this __18th__ day of ___March_____, 2025,

_____
Judge John C. Coughenour

[PROPOSED] STIPULATION AND ORDER GRANTING MOTION TO
CONTINUE CASE SCHEDULE DEADLINES – 2
CAUSE NO. 2:23-CV-00676-JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Presented and Stipulated by:

| | |
|---|---|
| FORSBERG & UMLAUF, P.S. | EMBER LAW PLLC |
| */s/Ryan J. Hesselgesser [with authorization]* | */s/Leah S. Snyder* |
| Ryan J. Hesselgesser, WSBA #40720 | Chance B. Yager, WSBA #44384 |
| John B. McDonald, WSBA #57511 | Leah S. Snyder, WSBA No. 44384 |
| 901 Fifth Avenue, Suite 1400 | 1700 Seventh Avenue Suite 2100 |
| Seattle, WA 98164 | Seattle, WA 98101 |
| P. (206) 689-8500 | P. (206) 468-9410 |
| F. (206) 689-8501 | F. (206) 858-8182 |
| rhesselgesser@foum.law | chance@emberlaw.com |
| jmcdonald@foum.law | leah@emberlaw.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

[PROPOSED] STIPULATION AND ORDER GRANTING MOTION TO CONTINUE CASE SCHEDULE DEADLINES – 3
CAUSE NO. 2:23-CV-00676-JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX