UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**JEAN LOOK-KRISCHANO,** an individual,

Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** a foreign corporation, and
**STATE FARM FIRE AND CASUALTY COMPANY,** a foreign corporation

Defendants

No. 2:24-cv-01484 JCC

**[PROPOSED] STIPULATION MOTION AND ORDER REQUESTING WAIVER OF REQUIREMENT OF SETTLEMENT GUARDIAN AD LITEM**

**NOTING DATE: JUNE 1, 2026**

The parties jointly request the court hear the parties Motion to Approve a settlement with an incapacitated adult without appointment of a Settlement Guardian Ad Litem pursuant to WA SPR 98.16W(c)(2).

"The court may dispense with the appointment of the Settlement Guardian ad Litem if by written finding the court determines… that the affected person is represented by independent counsel, so long as the guardian ad litem, guardian, limited guardian, or independent counsel has the qualifications which would be required for a Settlement Guardian ad Litem and neither has

[PROPOSED] STIPULATION MOTION AND ORDER GRANTING MOTION TO WAIVE REQUIREMENT OOF SETTLEMENT GUARDIAN AD LITEM – 1
CAUSE NO. 2:24-CV-01484-JLR

EMBER LAW *PLLC*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

nor represents interests in conflict with those of the affected person which would not be allowed for a Settlement guardian ad Litem. Independent counsel's fee interest in the claim, if allowed by the Rules of Professional Conduct, is not a disqualifying interest. If a Settlement Guardian ad Litem is not required, the independent counsel, guardian ad litem, guardian or limited guardian shall file the report."

Here, Ember Law PLLC was hired by Plaintiff who appointed two Powers of Attorney to assist her with litigation and handling her affairs. For the entire pendency of the case, Ember Law PLLC has had no duty to any person or persons other than to Plaintiff. *Decl. of Snyder, Pg. 1-2.* Currently, Plaintiffs existing funds are being managed by her Power of Attorney to support her living expenses, including her stay in assistive housing. *Decl. of Snyder, Pg. 1-2.*

Because this case involved state claims that are presented to the court via diversity jurisdiction, the court should apply state law to the question of whether a settlement guardian should be appointed.

Having conferred, Plaintiff and Defendant agree that the requirement of a settlement guardian could be waived and Plaintiff's independent counsel can complete an alternative report to the court.

IT IS SO STIPULATED

FORSBERG & UMLAUF, P.S.
*/s/Ryan J. Hesselgesser [with authorization]*
Ryan J. Hesselgesser, WSBA #40720
John B. McDonald, WSBA #57511
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
P. (206) 689-8500
F. (206) 689-8501
rhesselgesser@foum.law
jmcdonald@foum.law
Attorneys for Defendant

EMBER LAW PLLC
*/s/Leah S. Snyder*
Chance B. Yager, WSBA #44384
Leah S. Snyder, WSBA No. 44384
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 468-9410
F. (206) 858-8182
chance@emberlaw.com
leah@emberlaw.com
Attorneys for Plaintiff

[PROPOSED] STIPULATION MOTION AND ORDER GRANTING MOTION TO WAIVE REQUIREMENT OOF SETTLEMENT GUARDIAN AD LITEM – 2
CAUSE NO. 2:24-CV-01484-JLR

EMBER LAW *PLLC*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

THE COURT HEREBY ORDERS

That Ember Law PLLC is independent counsel and is ordered to file a motion to approve the settlement along with a case report pursuant to WA SPR 98.16W(c)(2).

IT IS SO ORDERED.

DATED this 2nd day of June 2026.

_John C. Coughenour_

_____

Judge John C. Coughenour

[PROPOSED] STIPULATION MOTION AND ORDER GRANTING MOTION TO
WAIVE REQUIREMENT OOF SETTLEMENT GUARDIAN AD LITEM – 3
CAUSE NO. 2:24-CV-01484-JLR

EMBER LAW PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

Presented by

FORSBERG & UMLAUF, P.S.
*/s/Ryan J. Hesselgesser [with authorization]*
Ryan J. Hesselgesser, WSBA #40720
John B. McDonald, WSBA #57511
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
P. (206) 689-8500
F. (206) 689-8501
rhesselgesser@foum.law
jmcdonald@foum.law
Attorneys for Defendant

EMBER LAW PLLC
*/s/Leah S. Snyder*
Chance B. Yager, WSBA #44384
Leah S. Snyder, WSBA No. 44384
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 468-9410
F. (206) 858-8182
chance@emberlaw.com
leah@emberlaw.com
Attorneys for Plaintiff

[PROPOSED] STIPULATION MOTION AND ORDER GRANTING MOTION TO
WAIVE REQUIREMENT OOF SETTLEMENT GUARDIAN AD LITEM – 4
CAUSE NO. 2:24-CV-01484-JLR

EMBER LAW *PLLC*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809